UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. HOWARD,<br><br>　　　　　Defendant. | Case No.: 1:24-cv-01086-JLT-CDB<br><br>**ORDER LIFTING PREVIOUSLY IMPOSED STAY**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER** |

　　　　Plaintiff Adrian Juan Lloyd is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 16, 2024, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 11.) The Court ordered the parties to file notice, within 45 days, indicating whether they believed an early settlement conference would be productive in this matter. (*Id*. at 2.)

　　　　Following the parties' responses and related scheduling matters, the case was set for a settlement conference. On April 3, 2025, Magistrate Judge Jeremy D. Peterson conducted a settlement conference in this matter; negotiations did not result in a settlement. (Doc. 15.)

　　　　Because this action did not settle, the Court will lift the previously imposed stay and issue a discovery and scheduling order.

**CONCLUSION AND ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The previously imposed stay of this action (Doc. 11) is **LIFTED**; and
2. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

Dated:   **April 7, 2025**

UNITED STATES MAGISTRATE JUDGE