UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br>Plaintiff,<br>v.<br>M. HOWARD,<br>Defendant. | Case No.: 1:24-cv-01086-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 32) |

Adrian Juan Lloyd is a state prisoner proceeding pro se and in forma pauperis against former prison Chaplin M. Howard, pursuant to 42 U.S.C. § 1983. (Docs.1, 3). Plaintiff asserts a First Amendment free exercise of religion claim that arose while he was housed at Kern Valley State Prison. (*Id*.). Defendant seeks summary judgment, contending that plaintiff, a Rastafarian, was not denied access to a diet within the dietary tenets of Rastafari, and that defendant is entitled to qualified immunity. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned Magistrate Judge recommended defendant's motion for summary judgment be granted. (Doc. 32). The Magistrate Judge found plaintiff failed to establish that: defendant substantially burdened plaintiff's religious exercise by denying his request for peanut butter lunches, and that defendant acted without a reasonably related legitimate penological interest. (*Id*.

at 13, 21, citing *Turner v. Safley*, 482 U.S. 78, 89 (1987)).

The Court served the findings and recommendation on plaintiff, warned him that objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 22-23, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).

Plaintiff objected to the findings and recommendation after that deadline had passed. (Doc. 33). Even considering plaintiff's late objections and supporting declaration, he does not provide a basis to not adopt the findings and recommendation. Plaintiff's disagreement with the Magistrate Judge's analysis, re-argument of matters considered and properly rejected by the Magistrate Judge, and conclusory and unsupported argument of the *Turner* factors are not a valid basis to depart from the findings and recommendation.

Having carefully reviewed the entire matter de novo pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court concludes the findings and recommendation to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendation issued on July 17, 2026 (Doc. 32) are **ADOPTED** in full.
2. Defendant's motion for summary judgment (Doc. 18) is **GRANTED**.
3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of defendant and against plaintiff and then to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: September 16, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE